**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :         ORDER
                                        :
                                        :
                                        :
  Timothy Campbell                      :         21-cr-244
                                        :         ─────────
                                        :         Docket #
----------------------------------------x
```

<u>Mary Kay Vyskocil</u>  , **DISTRICT JUDGE**:
      Judge's Name

The C.J.A. attorney assigned to receive cases on this day, <u>David Meister</u> is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC <u>August 4, 2022</u>.

                     **SO ORDERED**.

                   */s/ Mary Kay Vyskocil*
                **UNITED STATES DISTRICT JUDGE**

**Dated: August 4th 2022**
      **New York, New York**