UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | |
| TIMOTHY CAMPBELL, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/17/2023___

21-cr-244 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the parties and the Probation Officer shall appear for a

conference on June 5, 2023 at 12:30 p.m.  The conference will be held in Courtroom 18C of 500

Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date:  May 17, 2023**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**