UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/14/2023
```

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | 21-cr-244 (MKV) |
| TIMOTHY CAMPBELL, | ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties and the Probation Officer shall appear for a conference on July 27, 2023 at 11:00 a.m.  The conference will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date:  July 14, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**