UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/9/2023
```

UNITED STATES OF AMERICA,

              -against-

TIMOTHY CAMPBELL,

              Defendant.

21-cr-244 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    On August 8, 2023, the Court held a conference in this matter. The Court directed Mr. Campbell to complete all revised financial affidavits and forms necessary in connection with his restitution obligations and to return such affidavits and forms to the SDNY and EDNY Probation Offices by the close of business on August 11, 2023. The Court further directed Probation and the government to confer with their counterparts in the Eastern District of Texas about the potential for an adjustment to the payment schedule in the Judgment. The parties and Probation must file a status report in 30 days.

**SO ORDERED.**

**Date:  August 9, 2023**
        **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**